NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUSSELL JENKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>ORANGE POLICE DEPARTMENT<br><br>    Defendant. | Civil No. 11-1555 (ES)<br><br>**OPINION AND ORDER** |

**SALAS, Judge**

  Plaintiff Russell Jenkins ("Jenkins") filed a complaint on March 18, 2011, that opened the above captioned case in this Court. (Doc. No. 1.) It appears that:

  1. The Clerk of the Court will not file the complaint unless the person seeking relief pays the entire applicable filing fee in advance or the person applies for and is granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915. *See* Local Civil R. 5.1(f).

  2. The filing fee for commencing a civil action in this court is $350.00. *See* 28 U.S.C. § 1914(a).

  3. Jenkins did not prepay $350.00; rather, he submitted an application to proceed in this matter *in forma pauperis* (IFP application), pursuant to 28 U.S.C. § 1915. (IFP Application; Doc. No. 1-1.)

  4. Having considered Jenkins's IFP application, the Court concludes that Jenkins has adequately established that his financial condition renders payment of the $350.00 filing fee a hardship.

Therefore, for the foregoing reasons;

IT IS THIS 12th day of July, 2011, hereby

ORDERED that Jenkins's IFP application is GRANTED;

ORDERED that the Clerk of the Court FILE Jenkins's complaint.

       /s/ Esther Salas
ESTHER SALAS, U.S.D.J.